IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cv-00160

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CLERK'S ENTRY OF DEFAULT** |
| v. ) | **AGAINST CHARLES T. WALL** |
| ) | |
| CHARLES T. WALL and ) | |
| LINDA C. WALL, ) | |
| ) | |
| Defendants. ) | |

The United States moves the Clerk of the Court to enter the default of Defendant Charles T. Wall pursuant to Federal Rule of Civil Procedure 55(a). For good cause shown, default is hereby entered against Defendant Charles T. Wall.

Date: 2-16-2018

Peter A. Moore, Jr.
Clerk of Court