IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cv-00160

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES T. WALL and | ) |
| LINDA C. WALL, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

The Court now enters judgment by default in favor of the United States, and against the Defendant, Charles T. Wall, on Count I in the amount of $44,472.87, as of November 20, 2017, for federal income (Form 1040) tax for tax year 2002. The Court also enters judgment by default in favor of the United States, and against the Defendants, Charles T. Wall and Linda C. Wall, on Count II in the amount of $66,480.51, as of November 20, 2017, for federal income (Form 1040) tax for tax years 1998, and 2005 through 2011. Statutory additions to tax have accrued on these liabilities since November 20, 2017, according to law. Interest will accrue on this judgment pursuant to 26 U.S.C. § 6621.

DATE: April 5, 2018

_____
LOUISE W. FLANAGAN
United States District Judge